UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 5:12-cv-02255-LHK |
| Plaintiff, | ) ) | ORDER CONTINUING CASE |
| v. | ) ) | MANAGEMENT CONFERENCE |
| MARICELA JIMENEZ, individually and d/b/a JUGERIA LA TROPICAL, | ) ) ) | |
| Defendant. | ) ) ) | |

Plaintiff J & J Sports Productions, Inc.'s Motion for Default Judgment (ECF No. 12) is scheduled to be heard on September 20, 2012. Accordingly, the case management conference set for August 26, 2012 is hereby continued until September 20, 2012 so that it may be heard at the same time as Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: August 20, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 5:11-CV-02255-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE