UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 5:12-cv-02255-LHK |
| ) | |
| Plaintiff, ) | ORDER STAYING ACTION AND |
| v. ) | VACATING UPCOMING DEADLINES |
| ) | AND PENDING COURT DATES |
| MARICELA JIMENEZ, individually and d/b/a ) | |
| JUGERIA LA TROPICAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On September 14, 2012, Plaintiff J & J Sports Productions, Inc. ("Plaintiff") gave notice that Defendant Maricela Jimenz ("Defendant") filed a Chapter 13 bankruptcy case on August 21, 2012. ECF No. 15. The filing of a bankruptcy petition imposes an automatic stay on all pending judicial proceedings against the debtor. *See* 11 U.S.C. §362(a)(1). Accordingly, Plaintiff requests that the Court stay the above-entitled action pending the disposition of Defendant's bankruptcy case. ECF No. 15.

Plaintiff's request is granted.  The above-entitled action is hereby STAYED pending disposition of Defendant's bankruptcy case.  The Court also hereby VACATES all upcoming deadlines and pending Court dates in this matter, including the September 20, 2012 hearing on Plaintiff's Application for Default Judgment (ECF No. 12) and the case management conference scheduled for the same date.

The Clerk shall administratively close the file.  Plaintiff is ORDERED to file a status report in this case on December 3, 2012.

**IT IS SO ORDERED.**

Dated: September 17, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge