UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARICELA JIMENEZ, individually and d/b/a ) <br> JUGERIA LA TROPICAL, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 5:12-cv-02255-LHK <br><br> ORDER STAYING ACTION AND <br> VACATING UPCOMING DEADLINES <br> AND PENDING COURT DATES |

On September 14, 2012, Plaintiff J & J Sports Productions, Inc. ("Plaintiff") gave notice that Defendant Maricela Jimenz ("Defendant") filed a Chapter 13 bankruptcy case on August 21, 2012. ECF No. 15. The filing of a bankruptcy petition imposes an automatic stay on all pending judicial proceedings against the debtor. *See* 11 U.S.C. §362(a)(1). Accordingly, Plaintiff requests that the Court stay the above-entitled action pending the disposition of Defendant's bankruptcy case. ECF No. 15.

1

Case No.: 5:11-CV-02255-LHK
ORDER STAYING ACTION AND VACATING UPCOMING DEADLINES AND PENDING COURT DATES

1    Plaintiff's request is granted.  The above-entitled action is hereby STAYED pending
2  disposition of Defendant's bankruptcy case.  The Court also hereby VACATES all upcoming
3  deadlines and pending Court dates in this matter, including the September 20, 2012 hearing on
4  Plaintiff's Application for Default Judgment (ECF No. 12) and the case management conference
5  scheduled for the same date.
6    The Clerk shall administratively close the file.  Plaintiff is ORDERED to file a status report
7  in this case on December 3, 2012.
8  **IT IS SO ORDERED.**

10 Dated: September 17, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 5:11-CV-02255-LHK
ORDER STAYING ACTION AND VACATING UPCOMING DEADLINES AND PENDING COURT DATES