UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARICELA JIMENEZ, individually and d/b/a ) <br> JUGERIA LA TROPICAL, ) <br> ) <br> Defendant. ) <br> ) <br>_____ ) | Case No.: 5:12-cv-02255-LHK <br><br> ORDER RE: STATUS REPORT |

On September 17, 2012, the Court stayed the instant matter pending disposition of Defendant's bankruptcy case. ECF No. 16. Plaintiff was ordered to file a status report regarding the case by December 3, 2012. *Id.* Plaintiff has not filed a status report. Accordingly, the Court hereby ORDERS that, by December 21, 2012, Plaintiff to file a report regarding the status of Defendant's bankruptcy case and whether the stay in the instant case should be continued. Plaintiff shall file a new status report every 90 days starting from December 21, 2012 until the stay is lifted.

**IT IS SO ORDERED.**

Dated: December 17, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-CV-02255-LHK
ORDER RE: STATUS REPORT